1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Harris Opara,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax, Inc.; TransUnion, LLC;<br>CashCall, Inc.; HSBC Bank USA,<br>National Association; United Auto Credit<br>Corporation; Ford Motor Credit<br>Company, LLC,<br><br>        Defendants. | Case No. 5:15-cv-05546-EJD<br><br>*Assigned to Hon. Edward J. Davila*<br>*Referred to Magistrate Judge*<br>*Howard R. Lloyd*<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT UNITED AUTO CREDIT CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>[*Request to Appear Telephonically at Case Management Conference filed concurrently herewith*]<br><br>Date:      March 24, 2016<br>Time:     10:00 a.m.<br>Room:    4, 5th Floor<br><br>Complaint Filed:  December 3, 2015<br>Trial Date:       TBA |

# [~~PROPOSED~~] ORDER

Defendant United Auto Credit Corporation's request for its counsel, Doll Amir & Eley LLP, to participate by telephone at the Case Management Conference scheduled for *March 24, 2016 at 10:00 a.m.* is GRANTED.

Counsel shall arrange for a telephonic appearance through CourtCall.

DATE: 3/18/2016

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST                    CASE NO. 5:15-CV-05546-EJD
TO APPEAR TELEPHONICALLY AT CMC