UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRIS OPARA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-05546-EJD<br><br>**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION** |

Because all parties to the prior stipulation addressing alternative dispute resolution have been dismissed, Plaintiff and Defendants HSBC Bank USA, National Association and Experian Information Solutions, Inc. shall, within ten days of the date this order is filed, meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and within that same timeframe file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated:  May 17, 2016

_____
EDWARD J. DAVILA
United States District Judge